## Willie DAVENPORT v. STATE.
### No. 14524.

Court of Criminal Appeals of Texas.
June 17, 1931.

Rehearing Denied Oct. 21, 1931.

J. L. Manry, of Livingston, and J. L. Pitts, of Conroe, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft of a hog; punishment, three years in the penitentiary.

The record contains neither a statement of facts nor bill of exception. The proceedings appear to be regular.

The judgment will be affirmed.

## Ben EASLEY v. STATE.
### No. 14547.

Court of Criminal Appeals of Texas.
Nov. 4, 1931.

Pierre M. Stine, of Henrietta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is aggravated assault; the punishment, a fine of $100.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Jack FERGUSON v. STATE.
### No. 14761.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Robert P. Brown, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is theft; the punishment, confinement in the penitentiary for three years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.